UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLY WAGAR,

    Plaintiff,                            Case No. 11-13061

v.                                     HONORABLE STEPHEN J. MURPHY, III

TAKHAR COLLECTION SERVICES,
LTD.,

    Defendant.

_____/

## **JUDGMENT**

The Clerk's entry of default having been entered against Defendant Takhar Collection Services, LTD., and a motion for default judgment having been filed;

**THEREFORE**, upon the motion of Plaintiff, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, **JUDGMENT BY DEFAULT** is hereby entered in favor of the Plaintiff and against the Defendant Takhar Collection Services, LTD., in the amount of $3400.

                                              s/Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: March 12, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 12, 2012, by electronic and/or ordinary mail.

                                                Carol Cohron
                                                Case Manager